704

## Commonwealth *v.* Carter, Appellant.

Submitted September 12, 1974. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Rosalyn K. Robinson, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Dean, Appellant.

Submitted December 6, 1974. *Arthur L. Gutkin, Malcolm W. Berkowitz,* and *Berkowitz and Gutkin,* for appellant; *Stephen H. Goldblatt,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.